NAME: SHANNON O. MURPHY ESQ. SR.
Firm: dba. Counsel Legal Advisory Division, C-LAD
In Pro Se. applies
ADDRESS: P.O. Box 1756
Antioch, CA. 94509

ATTORNEY FOR: SHANNON O. MURPHY SR. In Pro Se.
Telephone: (831) 292-0231
Facsimile: (925) 267-4255
E-Mail: Omurphyesq.sr@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
MAR - 6 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SHANNON O. MURPHY ESQ. SR., Dba.
Counsel Legal Advisory Division, C-LAD

    Plaintiff,

vs.

WELLS FARGO BANK,
Mediation Program

    Defendant(s).

CASE NO: 2:25-CV-02053-DMG(SKx)

COMPLAINT

DEMAND FOR JURY TRIAL

Judge:
Dept:

HERE COMES NOW THIS COURT CASE PLAINTIFF, MR. SHANNON O. MURPHY SR., AND ACCORDS HE BY HIS JURISDICTION dba. SHEETMETAL & ASSOCIATES, an INLC., ; APPROPRIATE CONCERNS HE BY ALL THIS ABOVE MATTERS, HIS IS APPLIED IN PRO SE.

HERE COURT IS APPLY FOR APPROPRIATE CASE DEFENDANT, WELLS FARGO MEDIATION, JURISDICTION, AND TO COORDINATE REPLIES BY AT APPROPRIATE, STATE OF CALIFORNIA. SUBJECT MATTER HERE CONCERNS DETAIL CAUSE OF ACTION: 1) TORT - NEGLIGENCE,
2) BREACH OF CONTRACT
3) DISCRIMINATION
4) HARASSMENT
5) ASSAULT
6) INJURY

JURISDICTION: UNLIMITED CIVIL , and since here case plaintiff asks award exceed $79,000

VENUE: Here court is appropriate, and proper since the case defendant, does follow guide-lines, rules accords court, State of California, government entity.

DATE: 02/28/2025      SIGN: _____
                                      Court Case Plaintiff - In Pro Se.

1

CASE NAME: MURPHY vs. WELLS FARGO MEDIATION PROGRAM     CASE NO:_____.

**Causes of Action Detail By Event Brief:**

1) TORT NEGLIGENCE: Defendant, State Compensation Fund Insurance did comply a defined jurisdiction for tort concerns of negligence when applied to Mr. Murphy, by "State Fund", the above mentioned business insurance type entity, that shall be refer to as such is abrviated name, "State Fund" to there. State Fund did in fact administer failed fair worker compensation claim,

2) Defendant jurisdiction, did breach relative contract occur, and theirs attentions to detail commit by contract concur to remedy malfunction; Evidence to that contract is fact at conform present by a e-mail sent to case plaintiff, on 12/21/2022, by of Customer Relations Manager.

3) DISCRIMINATION: Defendants, at applies plaintiff, then, when was theirs claimant, Murphy, detoured fair due-process protocol jurisdiction, where acts of negligence occur, includes loss, since defendant, bank agent(s) failed remedy court's spectifics jurisdiction, mediation program, then theirs court did malfunction.

4) HARASSMENT: Defendant, bank agent(s), agents, did in fact commit acts add at continuous, to of negligence reply theirs by at of e-mails sent to me by them, 12/21/2022; Plaintiff appealed, when result, issued to standard type claim for injury admin., since he was cause suffer, irritation, occur further, to more pro-business loss, by bank court reply agent did obstruct fair mediation program continue safely; More aggravated, and uncomfortable at perform time spent compose of claim, cost money, still to date, unrecovered, was plaintiff, compensate, any to injury.

5) ASSAULT: is concerns here relevant case defendants, did reply, they at jurisdiction did act, and to apply unfair delay tactics, in order detour fair due-process regards priority matters to plaintiff Murphy's legal professional business, they continue act covet, a protocol fair due-process regard reply responsible injury claim, at compensation. Defendant has been access inform to Plaintiff's VA diagnosed Bipolar 1 disorder. Plaintiff states here that defendant's bank agents, intended aggravate plaintiff. Plaintiff suffered panic attacks, upset VA diagnosed Bipolar 1 disorder, that did to compel use doctor's prescribed medication, "Albuterol" regards both detour event.,
\ @ #4.

6) INJURY: Defendant, court bank agent(s), did infact, cause plaintiff relevant injury, include Mr. Shannon Murphy Sr., suffer relative occur panic-attack, upset Bipolar disorder. Mr. Murphy, the here case plaintiff, was compel an aggravated, at VA diagnosed to injury, Bipolar 1 disorder, and respective this "covert assault", when he did maintain of an negligece by bank's agent misarrange specific mediation indication jurisdiction about specified time period, that information was appointment to regards mediation; Wells Fargo failed mediation program appointment about it's specified 2018 period.

END///

CASE NAME: MURPHY vs. WELLS FARGO MEDIATION PROGRAM    CASE NO:_____

**Prescription For Award By Of Complaint:**

HERE AND NOW DOES THIS U.S. DISTRICT COURT CASE PLAINTIFF APPLY FAIR, JUST, PRESCRIPTION FOR AWARD, IN ORDER COMPLETELY RESOLVE FOR DISPOSITION(S), THAT TO SECURE ALL RELATIVE MATTER FOR SUGGESTS THIS, TO COMPLAINT VALID.

Here for plaintiff Shannon O. Murphy Sr., at administer jurisdiction, plaintiff, U.S. District Court, I, myself as the attorney, plaintiff, in pro se., does now present this prescription to of award...

1) I do ask for award, monetary, declarative, state for punitive subject, that matter associate injury, and relative, especially at continue professional business loss; I ask nominal amount monetary, $6,050,000 for to comply all, and necessary regards mine occur injury(s) physical, emotional, psychological, and that maintain for chronic anxiety, nervous, and that VA diagnosed relative, Bipolar 1 disorder, cause to, and by panic-attack(s), derive accords from, by case defendants, there at reply relevant jurisdiction, add tort claims agent(s), theirs unfair, even to hostile actions, applies to the unfair, and unlawful claims process operations performed by tort claims service, time, place respective, that they case defendant, did commit crime, faults to add criminal event, includes theirs part conspiracy, sabatoge Sheetmatal & Assoc. professional at legal business; Plaintiff's dba. name, Counsel Legal Advisory Division; C-LAD, was hinder fair recovery by bank, case defendant(s) agent(s), theirs malfunction accords failure apply proper mediation program.

2) I ask this above mentioned amount, and that to relevant described for, at of $6,050,000, for to allow fair restitution, compensation, and that to for payments at regards medical observations, include that for relative treatments, therapy(s), and prescribed medications associate to injury, crucial effect, and that could have then, and even now, to future, affects, cause event to death. Plaintiff is in fact a veteran California guardsman, and because of the flagrant disregard public, relative jurisdiction, concerns defendant ignore plaintiff ask injury claim, plaintiff confides court.

3) I ask for all, associate laws govern to U.S. Government entity, properly, since of there, actions, do in fact concern display a very rude, disrepectful attitude, especially regards veteran member, there, theirs should comply an honorable jurisdiction, but did still, case defendant, fail respect; I do sincerely ask all this of at foregoing mentions, and all other this U.S. court judge, deems fit.

END///

3

## Proof of Service by Mail

I declare that:

I am (resident of / employed in) the county of ___Contra Costa___, California.

I am over the age of eighteen years, my (business / residence) address is:

```
P.O. Box 1756
ANTIOCH, CA. 94509
```

On ___02/27/2025___, I served the attached Court Case Complaint, Murphy vs. Wells Fargo on the parties listed below in said case, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid, in the United State mail at ___ANTIOCH, CA. 94509___ addressed as follows:

```
UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK

255 EAST TEMPLE STREET, RM. 180

LOS ANGELES, CA. 90012
```

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on

(date) __02/27/2025__, at ___Antioch___, California.

Type or print name ___Shannon Murphy Sr.___

Signature ___[signed] Shannon Murphy Sr.___



